Prepared by State Reporter from Appeal Papers

*James O. Sebring* for appellant.

*John Griffin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

ROCHESTER YACHT CLUB COMPANY, Appellant, *v.* ROCHESTER BOAT WORKS, INC., et al., Respondents.

*Real property — covenants — action to restrain erection of boat works in alleged violation of restrictive covenants.*

*Rochester Yacht Club Co.* v. *Rochester Boat Works, Inc.,* 219 App. Div. 761, affirmed.

(Argued October 25, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 13, 1927, unanimously affirming a judgment in favor of defendants Rochester Boat Works, Inc., and William J. Gucker, entered upon a dismissal of the complaint as to them by the court at an Equity Term, which court also granted a permanent injunction restraining the defendant Summerville Terraces, Inc., from conveying lots in its tract, that do not contain restrictions. The action was to restrain the erection or maintenance of a boat works or other structure to be used for commercial purposes upon premises contracted to be sold by defendant Summerville Terraces, Inc., to defendant Gucker.

*Eugene Van Voorhis* and *George V. Fleckenstein* for appellant.

*George J. Skivington* for Rochester Boat Works, Inc., respondent.

*John W. Remington* for Summerville Terraces, Inc., respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Dissenting: POUND and KELLOGG, JJ.